1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTIAN DAVIS,                              No.  2:21-cv-02114-DAD-EFB (PC)

12                    Plaintiff,

13            v.                                     ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS AND DISMISSING
14    HORD,                                          ACTION DUE TO PLAINTIFF'S FAILURE
                                                    TO PROSECUTE AND FAILURE TO OBEY
15                    Defendant.                     A COURT ORDER

16                                                  (Doc. Nos. 22, 28)

17

18            Plaintiff Christian Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in this

19    civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

20    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21            On February 27, 2023, the assigned magistrate judge issued findings and

22    recommendations recommending this action be dismissed, without prejudice, due to plaintiff's

23    failure to obey a court order and failure to prosecute this action.  (Doc. No. 28.)  The pending

24    findings and recommendations were served on the parties and contained notice that any

25    objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no

26    objections to the findings and recommendations have been filed, and the time in which to do so

27    has now passed.

28    /////

                                                    1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.     The findings and recommendations issued on February 27, 2023 (Doc. No. 28) are adopted in full;

2.     This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order;

3.     Defendant's motion for summary judgment (Doc. No. 22) is denied as having been rendered moot by this order; and

4.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 10, 2023**

_____
UNITED STATES DISTRICT JUDGE